UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-20227-CIV-MARTINEZ/BECERRA**

GEOVANNY ESPINOZA,

    Plaintiff,

v.

SS CARPENTRY & REMODELING, INC, STEFANIE SUAREZ a/k/a STEFANIE ELIZABETH SUAREZ NEGRETE, CAMEL CARPENTRY INC., and ABBY COUTURE & FLOWERS INC.,

    Defendants.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice, (ECF No. 46). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of July, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record